PROB 12A
(Revised 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Michael Trotter</u>  Case Number: <u>3:12-00065</u>

Name of Current Judicial Officer: <u>Honorable William J. Haynes Jr., Chief U.S. District Judge</u>

Name of Sentencing Judicial Officer: <u>Honorable R. Allen Edgar, Chief U.S. District Judge EDTN</u>

Date of Original Sentence: <u>October 18, 1999</u>

Original Offense: <u>18 U.S.C. 846, Conspiracy to Distribute Cocaine Base</u>

Original Sentence: <u>151 months' custody followed by 5 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>  Date Supervision Commenced: <u>April 23, 2008</u>

Assistant U.S. Attorney: <u>not assigned</u>  Defense Attorney: <u>not assigned</u>

---

**THE COURT ORDERS:**

☒ No Action- as recommended
☐ The Issuance of a Warrant
   ☐ Sealed Pending Warrant Execution
      (cc: U.S. Probation and U.S. Marshal only)
☐ The Issuance of a Summons
☐ Other

Considered this 11th day of April, 2013,
and made a part of the records in the above case.

_____
William J. Haynes, Jr.
Chief U.S. District Judge

I declare under penalty of perjury
that the foregoing is true and correct.
Respectfully submitted,

_____
Kara Sanders
U.S. Probation Officer

Place   Nashville, Tennessee

Date    April 11, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.    Nature of Noncompliance

1. **The defendant shall not commit another federal, state or local crime.**

    On April 4, 2013, Mr. Trotter was arrested for Domestic Assault in Nashville, Tennessee. The arrest report indicates that on April 2, 2013, Mr. Trotter and his girlfriend, Maria Johnson, argued in her apartment. Ms. Johnson alleged that Mr. Trotter grabbed her by the arms and pushed her onto the couch. She was able to get away after her niece, Diamond McCulloogh, pulled him off of her. Ms. Johnson ran into the kitchen and told Mr. Trotter to get away. She reports Mr. Trotter grabbed a broom and held it up as to hit her. Again, her niece was able to get the broom away from him and he left the scene before the police arrived.

    Mr. Trotter did report this incident to U.S. Probation Officer Kara Sanders. He indicated that he argued with Ms. Johnson and picked up a broom to defend himself as she was holding a knife. He denied putting his hands on Ms. Johnson and says he left the apartment to diffuse the situation. He also believes that Ms. Johnson has filed the charge against him in retaliation for domestic assault charges he filed against her in February 2013. Mr. Trotter dropped the charge against her and he believes she will drop this charge against him. Officer Sanders attempted to contact Ms. Johnson to verify this information but she has not returned the phone call.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr. Trotter began his five year term of supervised release on April 23, 2008. In June 2009, a report was sent to the Eastern District of Tennessee, regarding a domestic assault arrest involving Chaka James. The charges were later dismissed. No action was taken by the Court.

In October 2009, an additional report was submitted to the Eastern District of Tennessee, reporting that Mr. Trotter had been arrested for possession of illegal narcotics and testing positive for cocaine. Again, the court took no action and Mr. Trotter began substance abuse treatment. He completed the treatment successfully in August 2010. Drug tests from October 2009 to April 2013 have been negative.

Soon after his release from custody, Mr. Trotter sought mental health treatment with the Guidance Center to address issues with depression. He attended therapy sessions sporadically but did report taking his mental health medication as directed. In April 2012, he reconnected with the Guidance Center to work on his anger management issues. He attended treatment sessions for approximately two months.

In July 2012, a report was submitted to Your Honor, reporting Mr. Trotter's arrest in February 2012, for Domestic Assault. The victim in this case was, again, Chaka James. This charge was dismissed on July 25, 2012. No action was taken by the Court.

**U.S. Probation Officer Recommendation:**

It is respectfully recommended that no further action be taken at this time, his new arrest be adjudicated in local court, and he be allowed to terminate from supervision on April 22, 2013.

The U.S. Attorney's Office concurs with the probation officer's recommendation.

Approved:

_____
Britton Shelton
Supervisory U.S. Probation Officer